UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

RALEIGH DIVISION

|  |  |
|---|---|
| DERRICK WILLIAMS,<br>    Plaintiff, | )<br>) Case No. 5:25-CV-567-M<br>) |
| v. | ) COMPLAINTS FOR VIOLATION OF<br>) AMERICANS WITH DISABILITIES ACT<br>) AND RETALIATION |
| NIKE USA, INC.,<br>    Defendant. | )<br>)<br>) |

Plaintiff, alleges:

## JURISDICTION AND VENUE

1. This action arises under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12112, and related retaliation provisions, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a).
2. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question).
3. Venue is proper in this District to preserve Plaintiff's EEOC right-to-sue period. Transfer to the District of Oregon, where Defendant's headquarters and employment records are located, may be appropriate under 28 U.S.C. § 1404.

## PARTIES

4. Plaintiff is an individual and former employee of Defendant.
5. Plaintiff has a qualifying disability under the ADA.
6. Defendant Nike USA, Inc. is a corporation headquartered in Beaverton, Oregon, and an employer under the ADA and Title VII.

## FACTUAL ALLEGATIONS

7. Plaintiff was employed by Defendant between September 2021 and September 2023.
8. Plaintiff requested reasonable accommodations for his disability, which were denied.
9. Plaintiff was subjected to disparate treatment, retaliation, and a hostile work environment after engaging in protected activity.
10. Plaintiff was involuntarily terminated on September 1, 2023, on a pretextual basis.

11. Plaintiff timely filed a charge of discrimination with the EEOC.

12. The EEOC issued a Notice of Right to Sue dated June 10, 2025. A copy is attached as Exhibit A.

## CLAIMS FOR RELIEF

Count I: Disability Discrimination (42 U.S.C. § 12112(a))

13. Defendant discriminated against Plaintiff on the basis of disability in violation of the ADA.

Count II: Failure to Accommodate (42 U.S.C. § 12112(b)(5))

14. Defendant failed to provide reasonable accommodations in violation of the ADA.

Count III: Retaliation (42 U.S.C. § 12203(a))

15. Defendant retaliated against Plaintiff for engaging in protected activity under the ADA.

Count IV: Retaliation / Hostile Work Environment (42 U.S.C. § 2000e-3(a))

16. Defendant retaliated against Plaintiff and subjected him to a hostile work environment in violation of Title VII.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court:

A. Enter judgment in Plaintiff's favor;

B. Award back pay, front pay, compensatory damages, and benefits;

C. Award punitive damages where appropriate;

D. Order declaratory and injunctive relief requiring Defendant's compliance with the ADA;

E. Award reasonable costs and expenses; and

F. Grant such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,
Dated: September 8, 2025

DERRICK WILLIAMS (pro se, pseudonym requested as "John Doe")
derrick.williams8@gmail.com
915 Dudley Park Lp. #236
Cary, NC 27513
678-360-9551