IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CV-567-M-KS

| | |
|---|---|
| DERRICK WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NIKE USA, INC., | ) |
| Defendant. | ) |

On October 24, 2025, the court denied Plaintiff's ex parte motion for reconsideration of the court's order denying Plaintiff leave to proceed by pseudonym and directed the clerk to unseal Plaintiff's motion for reconsideration "unless Plaintiff files, within fourteen (14) days, a motion to seal and supporting memorandum demonstrating a basis for sealing in accordance with this court's local rules." (10/24/25 Order [DE #10] at 2–3.) The court specifically warned Plaintiff "that failure to comply with this court's local rule requiring the filing of a supporting memorandum with all motions other than those the clerk may grant as specified in Local Civil Rule 77.2 may result in summary denial of any motions." (*Id.* at 3 n.1; *see also* 9/11/25 Order at 2 n.1 (giving similar warning).)

On November 7, 2025, Plaintiff filed a motion to seal his motion for reconsideration. (Mot. Seal DE #9 [DE #13].) Despite the court's prior warnings, Plaintiff's motion is not accompanied by a supporting memorandum as required by

this court's local rules. Nor does there appear to be any basis to seal the motion for reconsideration, as it contains no highly sensitive or confidential information. Accordingly, Plaintiff's motion to seal [DE #13] is DENIED. The clerk is directed to unseal Plaintiff's motion for reconsideration [DE #9].

This 12th day of November 2025.

_____
KIMBERLY A. SWANK
United States Magistrate Judge